| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | Acting United States Attorney |
| 2 | MICHELLE RODRIGUEZ |
|   | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA  95814 |
| 4 | Telephone:  (916) 554-2700 |
|   | Facsimile:  (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:16-MJ-00221-DB |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| VICTOR PONCE, | |
| Defendant. | |

The United States' motion to dismiss without prejudice the complaint charging a violation of 18 USC 1073, Unlawful Flight to Avoid Prosecution, and its associated arrest warrant, all in the above referenced case, 2:16-MJ-00221-DB, against VICTOR PONCE is GRANTED.

Dated:  October 12, 2021

_____
HON. JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1